# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:11CR157 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ROBERTO PABLO-LUCAS, | ) | |
| | ) | |
| Defendant. | ) | |

UPON THE MOTION OF THE DEFENDANT, [19] and no objection from the government,

IT IS ORDERED:

1. The Motion for Continuance [19] is granted.

2. The Change of Plea hearing is continued to **August 24, 2011** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3. For this defendant, the time between **July 20, 2011** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

4. No further continuances will be granted, absent unusual circumstances.

5. Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 22st day of July, 2011.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge